Submitted December 30, 2019; portion of judgment requiring defendant to pay "Chapter 163 Assessment" reversed, otherwise affirmed January 23, 2020

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

SCOTT ROBERT GRIFFIN,
*Defendant-Appellant.*

Lake County Circuit Court
17CR20485; A167728

456 P3d 384

Robert F. Nichols, Jr., Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Sarah De La Cruz, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Christopher Page, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Aoyagi, Judge, and Kistler, Senior Judge.

PER CURIAM

Portion of judgment requiring defendant to pay "Chapter 163 Assessment" reversed; otherwise affirmed.

**PER CURIAM**

Defendant, who was convicted of fourth-degree assault, ORS 163.160, argues on appeal, among other things, that the trial court plainly erred in imposing a "Chapter 163 Assessment" of $500. The state concedes the error and concedes that the assessment should be reversed. We agree, accept the concession, and exercise our discretion to correct the error, for the reasons set forth in *State v. Rowling*, 259 Or App 290, 313 P3d 386 (2013) (correcting similar error). We reject defendant's remaining arguments without discussion.

Portion of judgment requiring defendant to pay "Chapter 163 Assessment" reversed; otherwise affirmed.